## BOARD OF COMMISSIONERS OF THE COUNTY OF CLAY *v.* KNIGHT ET AL.

[No. 6,369.   Filed October 16, 1908.   Rehearing denied May 14, 1909. · Transfer denied June 11, 1909.]

From Clay Circuit Court; *Lewis F. Tilley,* Special Judge.

Action by George A. Knight and another against the Board of Commissioners of the County of Clay.  From a judgment for plaintiffs, defendant appeals.  *Reversed.*

*McNutt & Shattuck* and *G. S. Payne,* for appellant.

*George A. Knight, A. W. Knight* and *Sullivan & Knight,* for appellees.

PER CURIAM.—Appellees were appointed by the Clay Circuit Court to assist in defending Jesse Sluder on a charge of murder, then pending in said court, which prosecution resulted in the conviction of said Sluder and his imprisonment for life in the state prison.  A claim for the services so rendered was presented to the board of commissioners of said county by appellees, which claim was by that body disallowed.  Whereupon appellees appealed to the circuit court, in which court they obtained a judgment.  From that judgment this appeal is taken.

Upon the authority of *Turner* v. *Board, etc.* (1902), 158 Ind. 166, the judgment is reversed.